IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LESTER ELECTRICAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3164 |
| | ) | |
| v. | ) | |
| | ) | |
| DIVERSIFIED POWER INTERNATIONAL, LLC, and NIVEL PARTS & MANUFACTURING CO., LLC, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The court has been informed that Plaintiff's counsel passed away on December 18, 2011. Plaintiff Lester Electrical, Inc. cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994).

IT IS ORDERED:

1) Lester Electrical, Inc. shall have 45 days from the date of this order to obtain the services of substitute counsel and have that attorney file an appearance on its behalf, in the absence of which this case is subject to dismissal.

2) The clerk of the court shall mail a copy of this order to:

    Lester Electrical, Inc.
    625 West "A" Street
    Lincoln, NE 68522

DATED this 3rd day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge